# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

SHAWN WAYNE WHATLEY,

    Plaintiff,

v.

DARRELL HART; RODNEY SMITH;
EXAM NURSE; and MICHAEL GRIFFIN,

    Defendants.

CIVIL ACTION NO.: 5:12-cv-142

## **ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement while housed at Ware State Prison in Waycross, Georgia and Telfair State Prison in Helena, Georgia. By Order dated October 8, 2013 the Court dismissed Plaintiff's action for failure to exhaust his administrative remedies. (Doc. 51.)

Plaintiff appealed that decision to the United States Court of Appeals for the Eleventh Circuit, and that court reversed this Court's Order of dismissal. (Doc. 69.) Specifically, the Eleventh Circuit held that this Court did not follow the two step exhaustion analysis set forth in Turner v. Burnside, 541 F.3d 1077, 1080-81 (11th Cir. 2008). Id. Additionally, the court found that this Court enforced a procedural bar that the prison may have waived. Id. The Eleventh Circuit remanded the case to this Court to remedy these errors by conducting the two step inquiry and assessing whether the procedural bar was waived. Id.

Having reviewed the parties' prior pleadings on this issue as well as this Court's Order and the Eleventh Circuit's Opinion, the Court finds it necessary to receive additional briefing from the parties on Defendants' Motion to Dismiss. Defendant shall file a supplemental brief

consistent with the Eleventh Circuit's opinion on or before **December 7, 2015**. Plaintiff shall file a response to Defendants' brief on or before **December 28, 2015**. After receipt of these briefs, the Court will reassess Defendants' Motion to Dismiss.

**SO ORDERED**, this 17th day of November, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA