IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

SHAWN WAYNE WHATLEY,

    Plaintiff,

v.

DARRELL HART, et al.,

    Defendants.

CIVIL ACTION NO.: 5:12-cv-142

## O R D E R

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 139), to which Defendants filed two sets of identical Objections, (docs. 140, 141). Defendants' Objections, while responsive to the Magistrate Judge's Report and Recommendation, assert no new material facts or arguments. Defendants state this Court must discount all of Plaintiff's injuries except for his bruises. (Doc. 140, pp. 5–6). Defendants base their objection on Bennett v. Parker, 898 F.2d 1530, 1533–34 (11th Cir. 1990), and reassert the same arguments made in their Motion for Partial Summary Judgment. (Doc. 140, pp. 5–6; Doc. 115-1, pp. 18–19). The Magistrate Judge fully considered and rejected Defendants' arguments on this issue. (Doc. 139, pp. 10–11). The Magistrate Judge correctly determined that the evidence before the Court, construed in a light most favorable to Plaintiff, could be found by a reasonable jury to show a greater than *de minimis* injury, and, therefore, Defendants are not entitled to summary judgment barring Plaintiff from compensatory and punitive damages under 42 U.S.C. § 1997e(e). (Doc. 139, p. 13). Therefore, the Court **OVERRULES** Defendants' Objections.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS in part as unopposed** Defendants' Partial Motion for Summary Judgment and **DISMISSES** Plaintiff's claims against Defendants Hart and Griffin.  The Court also **DENIES in part** Defendants' Partial Motion for Summary Judgment regarding Plaintiff's excessive force claim for compensatory and punitive damages against Defendant Smith.

**SO ORDERED**, this 16th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA