IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SHAWN WAYNE WHATLEY, | |
| Plaintiff, | CIVIL ACTION NO.: 5:12-cv-142 |
| v. | |
| RODNEY SMITH, et al., | |
| Defendants. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice signed and filed by both counsel for Plaintiff and counsel for Defendants on January 13, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs.  (Doc. 145.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own costs.  The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 25th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA